SO ORDERED.

Dated: August 24, 2015

*Daniel P. Collins*

**Daniel P. Collins, Chief Bankruptcy Judge**

Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona  85012-1965
602.277.8996
Fax 602-253-8346
mail@ch13bk.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>TODD ANTHONY HOLMBERG,<br><br>and<br><br>MELISSA ANN HOLMBERG,<br><br>Debtors. | Chapter 13<br><br>Case No. 2-11-bk-06992 DPC<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO UNSECURED PORTION OF PROOF OF CLAIM OF ECAST SETTLEMENT**<br><br>Court Claim Number: 15 |

The Court, having reviewed the Trustee's Objection to Proof of Claim filed by ECAST SETTLEMENT, and there being no response or timely response filed by the Claimant, it is

ORDERED sustaining the Trustee's Objection and Claim Number 15 is disallowed.

**ORDER SIGNED AND DATED ABOVE**